# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANT ROBICHEAUX and CERISSA RILEY,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ORANGE; ANTHONY RACKAUCKAS; SUSAN SCHROEDER KANG; JENNIFER KEARNS; and DOES 1 and 10,<br><br>Defendants. | CASE NO. 8:24-cv-01128-WLH-BFM<br><br>*Assigned to*: Hon. Wesley L. Hsu – Courtroom 9B<br><br>**JUDGMENT** |

The arguments having been presented and fully considered, and in accordance with the Court's September 27, 2024 Order granting Defendants County of Orange, Anthony Rackauckas, Susan Schroeder Kang, and Jennifer Kearns' Motions to Dismiss with prejudice (Dkt. 30), it is now **ORDERED, ADJUDGED, and DECREED** that judgment is entered in this action as follows:

1. Plaintiffs Grant Robicheaux and Cerissa Riley shall recover nothing from Defendants County of Orange, Anthony Rackauckas, Susan Schroeder Kang, and Jennifer Kearns on Plaintiffs' operative Complaint (Dkt. 1);

2. Plaintiffs Grant Robicheaux and Cerissa Riley's Complaint is dismissed in its entirety with prejudice;

3. Defendants County of Orange, Anthony Rackauckas, Susan Schroeder Kang, and Jennifer Kearns shall have judgment in their favor on Plaintiffs Grant Robicheaux and Cerissa Riley's Complaint; and

4. Defendants County of Orange, Anthony Rackauckas, Susan Schroeder Kang, and Jennifer Kearns shall recover from Plaintiffs Grant Robicheaux and Cerissa Riley costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920 and Local Rule 54.

DATED: 10/16/2024

By: _____
**HON. WESLEY L. HSU**
UNITED STATES DISTRICT JUDGE